1
2
3                                          **JS-6**
4
5
6
7
8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10
11  MARJORIE CROSBY,            )   Case No. EDCV 10-00019
                                )   VAP(OPx)
12              Plaintiff,      )
                                )   **JUDGMENT**
13       v.                     )
                                )
14  MAYFLOWER TRANSIT, LLC.,    )
    et al.,                     )
15                              )
                Defendants.     )
16  _____

17
    **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**
18
         Pursuant to the Order filed herewith, IT IS ORDERED
19
    AND ADJUDGED that Plaintiff's Complaint is DISMISSED
20
    WITHOUT PREJUDICE.  The Court orders that such judgment
21
    be entered.
22

23
                                    _____
24
    Dated:  May 28, 2010
25                                      VIRGINIA A. PHILLIPS
                                      United States District Judge
26
27
28